NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1281

CAROLYN E. MYLES, ET AL.

VERSUS

CONSOLIDATED COMPANIES, INC., ET AL.

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NUMBER 61715-B
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

**********

PER CURIAM

**********

Court composed of John D. Saunders, Billie Colombaro Woodard, Jimmie C. Peters, Michael G. Sullivan, Elizabeth A. Pickett, Judges.

REMANDED.

J. Wendel Fusilier
Marcus L. Fontenot
Post Office Box 528
Ville Platte, Louisiana 70586
(337) 363-6661
Counsel for Plaintiffs/Appellees:
    Vivian Fontenot
    Carolyn E. Myles
    Vivian E. Fontenot
    Leticia Monique Lastrapes
    Roylee Edwards
    Lillie Mae Edwards
    Angela M. Edwards

John W. Penny, Jr.
Post Office Box 2187
Lafayette, Louisiana 70502
(337) 231-1955
Counsel for Defendant/Appellee:
	Consolidated Companies (CONCO)

Patrick J. Briney
Briney & Foret
Post Office Box 51367
Lafayette, Louisiana 70505-1367
(337) 237-4070
Counsel for Defendant/Appellant:
	Clarendon National Insurance Company

Mark W. Smith
Berit A. Reiss
3838 N. Causeway Boulevard, Suite 3095
Metairie, Louisiana 70002
(504) 830-7660
Counsel for Defendants/Appellees:
	Consolidated Companies (CONCO)
	Ryder Truck Rental, Inc.
	Jeffery Ashley